**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ELSTON TATUM,<br><br>*Plaintiff,*<br>v.<br><br>ALLEVIATE FINANCIAL SOLUTIONS LLC<br><br>*Defendant.* | CAUSE NO. : 6:25-CV-00404-KNM<br><br>CIVIL |

**NOTICE OF SETTLEMENT**

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Defendant Alleviate Financial Solutions LLC and Plaintiff Elston Tatum ("Parties") have settled the matter. The Parties anticipate that they will complete the settlement and file a Stipulation to Dismiss within 45 days from the date of this Notice. The parties jointly ask to stay all deadlines for 45 days.

Dated: April 2, 2026

*s/ Jeremy Rougeau*
*Pro Se Plaintiff*

Dated: April 2, 2026

*s/ Keith Wier*
Keith Wier
Law Offices of Keith Wier, PLLC
15150 Preston Road, Suite 300
Dallas, Texas 75248
kwier@keithwierlaw.com
*Attorneys for Defendant,*
*Alleviate Financial Solutions LLC*

## SIGNATURE CERTIFICATION

I hereby certify that the content of the NOTICE OF SETTLEMENT is acceptable to Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: April 2, 2026

s/ *Keith Weir*
Keith Weir

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2026, I electronically filed the foregoing NOTICE OF SETTLEMENT via the CM/ECF system which will send notification of the filing to all counsel of record.

*s/ Keith Wier*
Keith Wier